IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| **BEVERLY A. ALFERINK,** | : |
| Plaintiff, | : |
| | : Case No. 1:11-CV-2359 |
| v. | : |
| | : Judge GAUGHAN |
| **MANORCARE OF PARMA OH, LLC, et al.,** | : |
| | : Magistrate Judge VECCHIARELLI |
| Defendants. | : |

So Ordered.
/s/ Patricia A. Gaughan
11/22/11

**STIPULATED EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT**

Plaintiff Beverly A. Alferink and Defendants ManorCare of Parma OH, LLC, Heartland Employment Services, LLC and HCR ManorCare hereby stipulate and agree to an extension of time until December 21, 2011 for Defendants to move, answer, or otherwise plead in response in Plaintiff's Complaint. This is an extension of twenty-eight (28) days and no prior extensions have been granted.

WHEREFORE, the parties respectfully request that this Honorable Court grant a twenty-eight (28) day extension, until December 21, 2011, for Defendants to move, answer, or otherwise plead in response to Plaintiff's Complaint.